### 15976. ANDERSON v. THE STATE.

BLOODWORTH, J. Counsel for plaintiff in error in their brief insist upon the general grounds only of the motion for a new trial. The verdict is supported by some evidence and approved by the trial judge, and this court is without authority to interfere with it.

     *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

     DECIDED DECEMBER 9, 1924.

Conviction of possessing liquor; from city court of Floyd county—Judge Bale. September 27, 1924.

*Porter & Mebane,* for plaintiff in error.
*James Maddox, solicitor,* contra.